**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PETERSEN, <br><br> Plaintiff, <br><br> v. <br><br> PRINCIPAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 11-cv-01595-VAP (OPx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: October 15, 2012   By: _/s/ Virginia A. Phillips_
Honorable Virginia A. Phillips
U.S. District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

1