**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PETERSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 11-cv-01595-VAP (OPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: October 15, 2012      By: _/s/ Virginia A. Phillips_
                                              Honorable Virginia A. Phillips
                                              U.S. District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525